

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00025-CV**

IN RE OAO GAZPROM, GAZPROM
MARKETING & TRADING USA,
INC., PACE GLOBAL ENERGY
SERVICES, LLC, OOO GAZPROM
EXPORT, AND C.C. PACE
RESOURCES, INC.

RELATORS

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 017-229664-08

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and relators' letter dated February 2, 2015, regarding an Order of Dismissal with Prejudice issued by the trial court on that date. We are of the opinion that the petition should be dismissed as moot. Accordingly, relators' petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: GABRIEL, J., LIVINGSTON, C.J.; and DAUPINOT, J.

DELIVERED: February 5, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).